UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
DISH NETWORK LLC,

               Plaintiff,         09 Civ. 6875 (JGK)

    - against -              ORDER

ESPN, INC., ET AL.,

               Defendants.
---------------------------------------
JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on

November 19, 2009 at 4:30pm.

SO ORDERED.

Dated:    New York, New York
          October 28, 2009

                                      John G. Koeltl
                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/09