UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DISH NETWORK L.L.C. F/K/A ECHOSTAR    :
SATELLITE L.L.C.,                     :   09-CIV-6875 (JGK) (FM)
                                      :
               Plaintiff,             :
                                      :   **NOTICE OF INTENT TO**
       v.                             :   **REQUEST REDACTION**
                                      :
ESPN, INC. and ESPN CLASSIC, INC.,    :
                                      :
               Defendants.            :
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Defendants ESPN, Inc. and ESPN Classic, Inc. (together, "Defendants"), by and through their attorneys, will make an application before the Court to redact certain confidential information contained in the October 5, 2012 transcript of court proceedings before Judge Koeltl, within 21 days from the filing of the transcript with the Clerk of Court.

Dated:   October 26, 2012

By: _____
David L. Yohai
Theodore E. Tsekerides
Weil, Gotshal and Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
david.yohai@weil.com
*Attorneys for Defendants*

To:   Barry R. Ostrager, Esq.
      Simpson Thacher & Bartlett LLP
      425 Lexington Avenue
      New York, NY 10017
      bostrager@stblaw.com

      Dean R. Nicyper, Esq.
      Flemming Zulack Williamson Zauderer LLP
      One Liberty Plaza
      New York, NY 10006
      (212) 412-9500
      dnicyper@fzwz.com
      *Attorneys for Plaintiff*