UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. f/k/a ECHOSTAR SATELLITE L.L.C., | : Hon. John G. Koeltl |
| Plaintiff, | : No. 09 CIV 6875 (JGK) (FM) |
| -v- | : |
| ESPN, INC., and ESPN CLASSIC, INC., | : **NOTICE OF APPEARANCE** |
| Defendants. | : |

PLEASE TAKE NOTICE that Gregory P. Szewczyk of the law firm Simpson Thacher & Bartlett LLP hereby appears in the above-captioned action as counsel for Plaintiff DISH Network L.L.C. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: November 9, 2012
       New York, New York

>
> SIMPSON THACHER & BARTLETT LLP
>
> /s/ Gregory P. Szewczyk
> Gregory P. Szewczyk (gszewczyk@stblaw.com)
> 425 Lexington Avenue
> New York, NY 10017
> Telephone:  (212) 455-2000
> Facsimile:   (212) 455-2502
>
> FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
> One Liberty Plaza
> New York, New York 10006-1404
> Tel: (212) 412-9500
> Fax: (212) 964-9200
> Dean R. Nicyper (DRN-7757)
> Lissa C. Gipson
> Richard A. Williamson
>
> *Attorneys for Plaintiff DISH Network L.L.C.*