UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DISH NETWORK L.L.C. F/K/A ECHOSTAR
SATELLITE L.L.C.,                                :      09-CIV-6875 (JGK) (FM)
                                                 :
                Plaintiff,                       :
                                                 :
        v.                                       :
                                                 :
ESPN, INC. and ESPN CLASSIC, INC.,               :
                                                 :
                Defendants.                      :
---------------------------------------------------------------x

### NOTICE OF APPEARANCE FOR DEFENDANTS
### ESPN, INC. AND ESPN CLASSIC, INC.

PLEASE TAKE NOTICE that Diane Sullivan of the law firm Weil, Gotshal & Manges LLP, an attorney duly admitted to practice before this Court, hereby appears in the above-captioned action as counsel for defendants ESPN, Inc. and ESPN Classic, Inc.

Dated: Princeton, New Jersey
       December 3, 2012

_____
Diane Sullivan
Weil, Gotshal & Manges LLP
301 Carnegie Center, Suite 303
Princeton, NJ 08540-6589
Tel.: (609) 986-1100
Fax: (609) 986-1199
diane.sullivan@weil.com

767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

*Attorney for ESPN, Inc. and ESPN Classic, Inc.*