UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISH NETWORK L.L.C. F/K/A ECHOSTAR
STATELLITE L.L.C.,

        Plaintiff,

- against -

ESPN AND ESPN CLASSIC, INC.,

        Defendants.

09 Civ. 6875 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff will advise the Court by **December 14, 2012** regarding the citizenship of each of the members of Dish Network, L.L.C.

SO ORDERED.

Dated:    New York, New York
            December 12, 2012

                                    John G. Koeltl
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/12/12