UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. f/k/a ECHOSTAR SATELLITE L.L.C., | : Hon. John G. Koeltl |
| Plaintiff, | : No. 09 CIV 6875 (JGK) (FM) |
| -v- | |
| ESPN, INC., and ESPN CLASSIC, INC., | |
| Defendants. | |

Pursuant to this Court's December 12, 2012 Order, Plaintiff DISH Network L.L.C. f/k/a EchoStar Satellite L.L.C. hereby states that:

DISH Network L.L.C. is a subsidiary of DISH Network Corporation, a publicly-traded Nevada corporation with its principal place of business at 9601 South Meridian Boulevard, Englewood, Colorado 80112. The sole member of DISH Network L.L.C. is DISH DBS Corporation, a Colorado corporation with its principal place of business at 9601 South Meridian Boulevard, Englewood, Colorado 80112.

Dated: December 13, 2012
New York, New York

SIMPSON THACHER & BARTLETT LLP

By __/s/ Mary Kay Vyskocil__

Barry R. Ostrager
Mary Kay Vyskocil
Gregory P. Szewczyk
Rachel S. Weiss
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2002

1

FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP

Dean R. Nicyper
Lissa C. Gipson
Richard A. Williamson
One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200

*Attorneys for Plaintiff DISH Network L.L.C.*