UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DISH NETWORK, L.L.C.

                Plaintiffs,

                                      09 civ 6875 (JGK)

        -against-

ESPN, INC., et al.,

                Defendants.
-----------------------------------------------------------X

## ORDER

Trial in this matter is adjourned from Monday, February 11, 2013 to **Wednesday, February 13, 2013 at 9:00am.**

**SO ORDERED.**

                                                             _____
                                                             JOHN G. KOELTL
                                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         December 21, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2012
```