# EXHIBIT B

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. f/k/a ECHOSTAR SATELLITE L.L.C., | : <br> :Hon. John G. Koeltl <br> : |
| Plaintiff, | :No. 09 CIV 6875 (JGK) (FM) <br> : |
| -v- | :FILED UNDER SEAL <br> : |
| ESPN, INC., and ESPN CLASSIC, INC., | : <br> : |
| Defendants. | : <br> : |

## JOINT PRETRIAL ORDER

Pursuant to this Court's October 22, 2012 Order, Plaintiff DISH Network L.L.C. f/k/a Echostar Satellite L.L.C. ("DISH") and Defendants ESPN, Inc. and ESPN Classic, Inc. (collectively, "ESPN" or "Defendants") hereby submit this Joint Pretrial Order.

I. **TRIAL COUNSEL**

    A.    Trial Counsel for Plaintiff

        SIMPSON THACHER & BARTLETT LLP
        Barry R. Ostrager, Esq.
        Mary Kay Vyskocil, Esq.
        Gregory P. Szewczyk, Esq.
        Rachel S. Weiss, Esq.
        425 Lexington Avenue
        New York, New York 10017
        Tel: (212) 455-2000
        Fax: (212) 455-2002

        FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
        Dean R. Nicyper, Esq.
        Lissa C. Gipson, Esq.
        Richard A. Williamson, Esq.
        One Liberty Plaza
        New York, New York 10006

# TAB A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. f/k/a ECHOSTAR SATELLITE L.L.C., | : Hon. John G. Koeltl |
| Plaintiff, | : No. 09 CIV 6875 (JGK) (FM) |
| -v- | : |
| ESPN, INC., and ESPN CLASSIC, INC., | : |
| Defendants. | : |

## PLAINTIFFS' WITNESS LIST

Plaintiff DISH Network L.L.C. respectfully submits the following list of witnesses that it will or may call at trial. Plaintiff reserves the right to modify its witness list or call any rebuttal witnesses.

Will Call

Justin Connolly
Carolyn Crawford
Thomas Cullen
Travis Hutcheson
Christopher Kuelling
Eric Ratchman
Tasneem Chipty

May Call

Richard Grustas
Michael Pierce