# EXHIBIT C

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. f/k/a ECHOSTAR SATELLITE L.L.C., | : Hon. John G. Koeltl |
| Plaintiff, | : No. 09 CIV 6875 (JGK) (FM) |
| -v- | : PLAINTIFF'S PROPOSED VOIR DIRE |
| ESPN, INC., and ESPN CLASSIC, INC., | : FILED UNDER SEAL |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 47(a), Plaintiff respectfully submits the following proposed questions for *voir dire*.

Dated: November 19, 2012
New York, New York

SIMPSON THACHER & BARTLETT LLP

By /s/ Barry Ostrager
Barry R. Ostrager
Mary Kay Vyskocil
Gregory P. Szewczyk
Rachel S. Weiss
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
Dean R. Nicyper
Lissa C. Gipson
Richard A. Williamson

*Attorneys for Plaintiff DISH Network L.L.C.*

**Exhibit B**

**Individuals Who May Testify at Trial**

1. Sean Bratches
2. Justin Connolly
3. Tasneem Chipty
4. Carolyn Crawford
5. Thomas Cullen
6. Richard Grustas
7. Travis Hutcheson
8. Christopher Kuelling
9. Michael Pierce
10. David Preschlack
11. Erik Ratchman
12. David Shull
13. Gregory Sidak
14. Robert Stengel
15. Carl Vogel