# EXHIBIT D

# Yohai, David

| | |
|---|---|
| **From:** | Szewczyk, Greg <GSzewczyk@stblaw.com> |
| **Sent:** | Saturday, November 17, 2012 12:05 PM |
| **To:** | Yohai, David |
| **Cc:** | Ostrager, Barry R; Tsekerides, Theodore |
| **Subject:** | RE: Dish |

We agree to the same on Chipty.

**From:** Yohai, David [mailto:david.yohai@weil.com]
**Sent:** Saturday, November 17, 2012 10:10 AM
**To:** Szewczyk, Greg
**Cc:** Ostrager, Barry R; Tsekerides, Theodore
**Subject:** Re: Dish

Assuming you agree to same on chipty yes.

Sent from my iPhone

On Nov 17, 2012, at 10:06 AM, "Szewczyk, Greg" <GSzewczyk@stblaw.com> wrote:

> David,
>
> Is you position the same with respect to Sidak - i.e., his testimony will be strictly limited to damages and he will not give any testimony on ultimate issues of liability?
>
> **From:** Yohai, David <david.yohai@weil.com>
> **To:** Ostrager, Barry R; Szewczyk, Greg
> **Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
> **Sent:** Sat Nov 17 09:29:10 2012
> **Subject:** Dish
>
> This is to advise you that if stengel testifies he will not testify to the ultimate issue unless your witnesses do something to open the door to such testimony.
>
> Sent from my iPhone

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.