# EXHIBIT G

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-2655

E-MAIL ADDRESS
BOSTRAGER@STBLAW.COM

December 19, 2012

Re: *DISH Network L.L.C. f/k/a/ Echostar Satellite L.L.C. v. ESPN, Inc., and ESPN Classic, Inc.*, No. 09 CIV 6875 (JGK) (FM)

Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Koeltl:

With all due respect to Mr. Yohai, as explained in my earlier letter, the reason that the DISH employees were never deposed with respect to the third party agreements is because Mr. Yohai both refused to let them have the documents and refused to even let them see the documents at their depositions. These were tactical decisions ESPN made and should have to live with.

Mr. Yohai has misrepresented my prior dealings with him concerning these documents. I made an offer specifically conditioned on ESPN voluntarily releasing the documents to the DISH employees last October. Mr. Yohai rejected that offer and opted for motion practice which produced results with which he is dissatisfied. Similarly, yesterday Mr. Yohai argued to the Court that he needed to explain to the jury what was in ESPN's MFN agreements with other distributors after the Court denied his motion to preclude

LOS ANGELES    PALO ALTO    WASHINGTON, D.C.    BEIJING    HONG KONG    LONDON    TOKYO

Hon. John G. Koeltl            -2-            December 19, 2012

introduction into evidence of both MFN offers to other distributors and MFN agreements with other distributors.

      DISH strongly objects to reopening discovery on the eve of trial because Mr. Yohai is dissatisfied with the results of the motion practice that I was unsuccessful in avoiding by making a reasonable proposal that Mr. Yohai rejected on November 1. Under these circumstances, Mr. Yohai shouldn't be allowed to prejudice DISH's trial preparation because of his gamesmanship and failure to be reasonable, which resulted in burdening the Court with time consuming motion practice and, today, multiple letters.

Respectfully,

Barry R. Ostrager

cc: All Counsel