

787 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

David L. Yohai
Direct Line: 212-310-8275
david.yohai@weil.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/13

January 7, 2013

JAN 0 9 2013                                                **BY FACSIMILE**

Honorable John G. Koeltl
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Dish Network L.L.C. v. ESPN, Inc., et al.**, Case No. 09-CIV-6875 (JGK) (FM)

Dear Judge Koeltl:

We represent the ESPN defendants in the above matter. While the parties have made progress on the subject of redactions of ESPN's third-party agreements, and have agreed on the redactions to many agreements, there are still a few issues that we believe we are at impasse relating to two DirecTV agreement (a 2004 license agreement with DirecTV for various ESPN channels, and a 2007 letter amendment to that agreement relating to ESPN Deportes). Since time is growing short in light of the need to conduct the depositions, we request that your Honor refer the redactions issue to the Magistrate who is familiar with the matter for an expeditious resolution.

We will be responding separately to Dish's recent motion to amend the joint pre-trial order to add an additional expert witness.

Respectfully Submitted,

David L. Yohai

cc: Barry R. Ostrager, Esq. (by e-mail)
    Dean R. Nicyper, Esq. (by e-mail)

*Counsel are directed to make written submissions to me concerning this issue by 1/15/13. Thereafter, if I determine that counsel should be permitted to respond to each other's submissions or that a conference is necessary, my Chambers will let you know that.*

*J(illegible), USDJ, 1/9/13*