UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DISH NETWORK,

                Plaintiffs,

                                                                             09 civ 6875 (JGK)

           -against-

ESPN, INC.,

                Defendant.
------------------------------------------------------------X

## ORDER

        A final pretrial conference will be held on **Thursday, February 7, 2013 at 11:00am.**

**SO ORDERED.**

                                                                                          **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          January 31, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2013