UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISH NETWORK L.L.C. F/K/A ECHOSTAR
STATELLITE L.L.C.,

     Plaintiff,

 - against -

ESPN AND ESPN CLASSIC, INC.,

     Defendants.

---

09 Civ. 6875 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

 The Motions in Limine are disposed of as reported in the transcript of today's proceeding.

 The claims that the plaintiff withdrew on the record at today's proceeding are dismissed without prejudice. The parties may submit briefing regarding the dismissal with prejudice of these claims. The parties should advise the Court regarding the schedule for any briefing on this issue.

SO ORDERED.

Dated: New York, New York
   February 7, 2013

            _____
              John G. Koeltl
            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/7/13