UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. f/k/a ECHOSTAR SATELLITE L.L.C., | : Hon. John G. Koeltl : |
| Plaintiff, | : No. 09 CIV 6875 (JGK) (FM) : |
| -v- | : : |
| ESPN, INC., and ESPN CLASSIC, INC., | : : |
| Defendants. | : : |

PLEASE TAKE NOTICE that Joshua C. Polster hereby appears in the above-captioned action as counsel for Plaintiff DISH Network L.L.C. f/k/a Echostar Satellite L.L.C.

Dated: February 8, 2013
    New York, New York

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/ Joshua C. Polster
    Joshua C. Polster
    425 Lexington Avenue
    New York, New York 10017-3954
    Tel.: (212) 455-2000
    Fax: (212) 455-2502
    mvyskocil@stblaw.com

*Attorneys for Plaintiff DISH Network L.L.C.*