UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DISH NETWORK, L.L.C.,

                Plaintiff,                          09 **CIVIL** 6875 (JGK)

      -against-                                 **JUDGMENT**

ESPN, INC. and ESPN CLASSIC, INC.,
                Defendants.
-------------------------------------------------------------X

       A Jury Trial before the Honorable John G. Koeltl, United States District Judge, having begun on February 11, 2013, and at the conclusion of the trial, on February 28, 2013, the jury having rendered a special verdict in favor of the plaintiff in the amount of $4,864,269.00, it is,

       **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $4,864,269.00 as against the defendants.

**DATED:** New York, New York
            March __, 2013

                                                          **RUBY J. KRAJICK**

So Ordered:                                           **Clerk of Court**

                                         BY:

U.S.D.J.                                               **Deputy Clerk**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2013

                                            **THIS DOCUMENT WAS ENTERED**
                                            ON THE DOCKET ON _____