RECEIVED
MAR 07 2013
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

# SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-2655

E-MAIL ADDRESS
BOSTRAGER@STBLAW.COM

BY FACSIMILE

March 7, 2013

Re: *DISH Network L.L.C. f/k/a/ Echostar Satellite L.L.C. v. ESPN, Inc., and ESPN Classic, Inc.*, No. 09 CIV 6875

Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/8/13

Dear Judge Koeltl:

We write regarding Your Honor's order which provides that DISH must respond to ESPN's request to amend the judgment by 3 pm tomorrow. My partner Mary Kay Vyskocil and I were both out of the office when Your Honor's order was transmitted this afternoon. We wish to confer with our client regarding any possible response and therefore request that we be provided until 10 am on Monday to submit a response.

Respectfully,

Barry Ostrager / GP

Barry R. Ostrager

cc: All Counsel (by email)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
3/7/13

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SAO PAULO   SEOUL   TOKYO   WASHINGTON D.C.