USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/26/13

# SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

RECEIVED
MAR 25 2013
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

DIRECT DIAL NUMBER
(212) 455-2655

E-MAIL ADDRESS
BOSTRAGER@STBLAW.COM

BY FACSIMILE

March 25, 2013

Re: *DISH Network L.L.C. f/k/a/ Echostar Satellite L.L.C. v. ESPN, Inc., and ESPN Classic, Inc.*, No. 09 CIV 6875 (JGK) (FM)

Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
3/25/13

Dear Judge Koeltl:

I am writing with respect to ESPN's pending motion to shift legal fees, which was one of the subjects of the March 21, 2013 conference call with the Court. Pursuant to Your Honor's suggestion, I have proposed both to DISH and to ESPN's counsel that this matter be consensually resolved between the principals. Toward that end I have requested, but have not received, a 30-day extension from ESPN to both reply to ESPN's motion (our responsive papers are due April 1, 2013) and, if necessary, to make a cross-motion for DISH's attorneys fees, which I have not made because it is and was my hope that, consistent with Your Honor's recommendation, the parties can consensually resolve this issue and relieve the Court of the burden of sifting through the six or eight inches of submissions that ESPN has already filed, together with the opposition and cross motion papers that would be filed by DISH.

I therefore respectfully request that the Court so order this request for a 30-day extension from April 1 for DISH to respond to ESPN's motion and/or file a cross-motion to recover its legal fees. I have provided ESPN's counsel with a copy of the transcript of the March 21 proceeding before Your Honor.

Respectfully,

Barry R. Ostrager

cc: All Counsel (by email)

LOS ANGELES    PALO ALTO    WASHINGTON, D.C.    BEIJING    HONG KONG    LONDON    TOKYO