UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C. f/k/a ECHOSTAR SATELLITE L.L.C., | : <br> : **NOTICE OF APPEAL** <br> : |
| Plaintiff, | : |
| -v- | : Hon. John G. Koeltl <br> : |
| ESPN, INC., and ESPN CLASSIC, INC., | : <br> : No. 09 CIV 6875 (JGK) (FM) |
| Defendants. | : <br> : |

NOTICE IS HEREBY GIVEN that Plaintiff DISH Network L.L.C. hereby appeals to the United States Court of Appeals for the Second Circuit from the final Judgment of this Court entered on the first day of March, 2013.

Dated: April 1, 2013
        New York, New York

                                Respectfully submitted,


                                SIMPSON THACHER & BARTLETT LLP

                                By:   /s/ Barry Ostrager_____
                                       Barry Ostrager
                                       425 Lexington Avenue
                                       New York, New York 10017-3954
                                       Tel.: (212) 455-2655
                                       Fax: (212) 455-2502
                                       bostrager@stblaw.com

                                       *Attorneys for Plaintiff DISH Network L.L.C.*

1