Exhibit A

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-2655

EMAIL ADDRESS
bostrager@stblaw.com

February 13, 2012

*Re: ESPN*

Lawrence R. Katzin, Esq.
Vice President & Associate General Counsel
DISH Network L.L.C.
9601 S. Meridian Boulevard
Englewood, Colorado 80112

Dear Larry:

Enclosed please find our statement for services rendered through January 31,

2012 in connection with the *ESPN* matter.

Please do not hesitate to call me if you have any questions.

Sincerely,

Barry Ostrager

Enclosure

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.

INVOICE NO. 319201

February 13, 2012

DISH NETWORK CORPORATION
(ESPN)

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

For all professional services rendered and recorded
through January 31, 2012, in connection with
the ESPN matter.                                                   $6,870.00

| Attorneys | Hours | Rate |
|---|---|---|
| OSTRAGER, BARRY R. | 3.50 | 1,170 |
| VYSKOCIL, MARY KAY | 2.50 | 1,110 |

PLEASE SEND REMITTANCE TO:        SIMPSON THACHER & BARTLETT LLP
                                  P. O. BOX 29008
                                  NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO:            JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
                                  FOR THE ACCOUNT OF
                                  SIMPSON THACHER & BARTLETT LLP
                                  REDACTED

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER:    REDACTED

CLIENT:   023250         DISH NETWORK CORPORATION
MATTER:   0003           ESPN

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| OSTRAGER, BARRY R. | 01/05/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| OSTRAGER, BARRY R. | 01/13/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.00 |
| VYSKOCIL, MARY KAY | 01/19/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |
| OSTRAGER, BARRY R. | 01/23/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.00 |
| VYSKOCIL, MARY KAY | 01/23/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.25 |

**MATTER TOTAL**                                                      **6.00**

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000
———
FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-2655

EMAIL ADDRESS
bostrager@stblaw.com

March 13, 2012

Lawrence R. Katzin, Esq.
Vice President & Associate General Counsel
DISH Network L.L.C.
9601 S. Meridian Boulevard
Englewood, Colorado 80112

Dear Larry:

   Enclosed please find our statement for services rendered during February 2012 in

connection with the ESPN matter.

   Please do not hesitate to call me if you have any questions.

Sincerely,

Barry R. Ostrager

Enclosure

INVOICE No. 320793

March 13, 2012

DISH NETWORK COROPORATION
(ESPN)

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

For all professional services rendered during February
2012, in connection with the ESPN matter.                    $35,381

| Attorneys | Hours | Rate |
|-----------|-------|------|
| OSTRAGER, BARRY R. | 12.50 | $ 1,170 |
| SZEWCZYK, GREG | 23.25 | 615 |
| WEISS, RACHEL S. | 10.50 | 615 |

PLEASE SEND REMITTANCE TO:      SIMPSON THACHER & BARTLETT LLP
                                P. O. BOX 29008
                                NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO:          JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
                                FOR THE ACCOUNT OF
                                SIMPSON THACHER & BARTLETT LLP
                                REDACTED

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER:     REDACTED

CLIENT:    023250         DISH NETWORK CORPORATION
MATTER:   0003           ESPN

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| OSTRAGER, BARRY R. | 02/01/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.75 |
| OSTRAGER, BARRY R. | 02/20/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.00 |
| SZEWCZYK, GREG | 02/20/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.25 |
| WEISS, RACHEL S. | 02/20/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.00 |
| OSTRAGER, BARRY R. | 02/21/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.00 |
| SZEWCZYK, GREG | 02/21/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 14.25 |
| WEISS, RACHEL S. | 02/21/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 7.50 |
| OSTRAGER, BARRY R. | 02/22/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.00 |
| SZEWCZYK, GREG | 02/22/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.75 |
| OSTRAGER, BARRY R. | 02/23/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| OSTRAGER, BARRY R. | 02/24/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.75 |
| OSTRAGER, BARRY R. | 02/28/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.50 |

**MATTER TOTAL**          **46.25**

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-2655

EMAIL ADDRESS
bostrager@stblaw.com

April 10, 2012

Lawrence R. Katzin, Esq.
Vice President & Associate General Counsel
DISH Network L.L.C.
9601 S. Meridian Boulevard
Englewood, Colorado 80112

Dear Larry:

Enclosed please find our statement for services rendered during March 2012 in connection with the *ESPN* matter.

Please do not hesitate to call me if you have any questions.

Sincerely,

Barry R. Ostrager

Enclosure

INVOICE No. 322760

April 10, 2012

DISH NETWORK COROPORATION
(ESPN)

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK  10017-3954

For all professional services rendered during March
2012, in connection with the ESPN matter.                    $3,661.25

| Attorney | Hours | Rate |
|---|---|---|
| OSTRAGER, BARRY R. | 1.50 | 1,170 |

| Paralegal | Hours | Rate |
|---|---|---|
| WASHIENKO, LORETTA | 6.25 | 305 |

CLIENT:     023250          DISH NETWORK COROPORATION
MATTER:     0003            ESPN

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| OSTRAGER, BARRY R. | 03/16/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.50 |
| WASHIENKO, LORETTA | 03/22/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.50 |
| WASHIENKO, LORETTA | 03/26/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.75 |
| | | **MATTER TOTAL** | **7.75** |

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-2655

EMAIL ADDRESS
bostrager@stblaw.com

May 10, 2012

Lawrence R. Katzin, Esq.
Vice President & Associate General Counsel
DISH Network L.L.C.
9601 S. Meridian Boulevard
Englewood, Colorado 80112

Dear Larry,

Enclosed please find our statement for services rendered during April 2012 in

connection with *ESPN* matter. Our records indicate that our statements for

Please do not hesitate to call me if you have any questions.

Sincerely,

Barry R. Ostrager

Enclosure

INVOICE NO. 324990

May 10, 2012

DISH NETWORK COROPORATION
(*ESPN*)

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

For all professional services rendered during April
2012, in connection with ESPN matter.                    $59,982.50

| Attorneys | Hours | Rate |
|---|---|---|
| OSTRAGER, BARRY R. | 5.75 | 1,170 |
| VYSKOCIL, MARY KAY | 5.00 | 1,110 |
| SZEWCZYK, GREG | 44.25 | 615 |
| WEISS, RACHEL S. | 26.50 | 615 |
| **Paralegal** | | |
| WASHIENKO, LORETTA | 13.75 | 305 |

PLEASE SEND REMITTANCE TO:      SIMPSON THACHER & BARTLETT LLP
                                P. O. BOX 29008
                                NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO:          JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
                                FOR THE ACCOUNT OF
                                SIMPSON THACHER & BARTLETT LLP
                                REDACTED

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER:   REDACTED

CLIENT:   023250        DISH NETWORK COROPORATION
MATTER:   0003          ESPN

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| OSTRAGER, BARRY R. | 04/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.50 |
| VYSKOCIL, MARY KAY | 04/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.00 |
| OSTRAGER, BARRY R. | 04/13/12 | Corres re: trial prep. | 0.25 |
| OSTRAGER, BARRY R. | 04/17/12 | Correspondence re trial preparation. | 0.25 |
| WASHIENKO, LORETTA | 04/17/12 | Prepare and post background materials to Sharepoint database. | 1.50 |
| WEISS, RACHEL S. | 04/17/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.00 |
| WASHIENKO, LORETTA | 04/18/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.50 |
| WEISS, RACHEL S. | 04/18/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |
| SZEWCZYK, GREG | 04/19/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.50 |
| WASHIENKO, LORETTA | 04/19/12 | Prepare reply (summary judgment) paper for Sharepoint database; prepare additional materials for attorney review. | 2.50 |
| WEISS, RACHEL S. | 04/19/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 7.00 |
| WASHIENKO, LORETTA | 04/20/12 | Prepare materials from full summary judgment briefing for attorney review; prepare outline; review memos regarding declarations/affidavits submitted. | 5.25 |
| WEISS, RACHEL S. | 04/20/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.25 |
| SZEWCZYK, GREG | 04/21/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.00 |
| WEISS, RACHEL S. | 04/21/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.00 |
| SZEWCZYK, GREG | 04/22/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.25 |
| SZEWCZYK, GREG | 04/23/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.50 |
| WASHIENKO, LORETTA | 04/23/12 | Prepare Kesch's declaration to Sharepoint database, post additional background materials (agreements, etc.). | 1.00 |
| WEISS, RACHEL S. | 04/23/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.00 |
| SZEWCZYK, GREG | 04/24/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.50 |
| WEISS, RACHEL S. | 04/24/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.25 |
| SZEWCZYK, GREG | 04/25/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.00 |
| SZEWCZYK, GREG | 04/26/12 | Attention to and drafting of opening statement presentation; Communications w/ B. Ostrager and R. Weiss re: same. | 5.25 |
| WEISS, RACHEL S. | 04/26/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 6.75 |
| OSTRAGER, BARRY R. | 04/27/12 | Review and revise demonstratives for contemplated trial. | 0.75 |
| SZEWCZYK, GREG | 04/27/12 | Attention to and drafting of opening statement presentation; Communications w/ B. Ostrager and R. Weiss re: same. | 6.75 |
| WEISS, RACHEL S. | 04/27/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.00 |
| SZEWCZYK, GREG | 04/30/12 | Attention to opening statement presentation; Revisions of same. | 8.50 |

**MATTER TOTAL**                                                                **95.25**

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

---

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-2655

EMAIL ADDRESS
bostrager@stblaw.com

June 12, 2012

Lawrence R. Katzin, Esq.
Vice President & Associate General Counsel
DISH Network L.L.C.
9601 S. Meridian Boulevard
Englewood, Colorado 80112

Dear Larry,

Enclosed please find our statement for services rendered through May 31, 2012 in

connection with ESPN.

Please do not hesitate to call me if you have any questions.

Sincerely,

Barry R. Ostrager

Enclosure

INVOICE NO. 327338

June 12, 2012

DISH NETWORK COROPORATION
(ESPN)

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

For all professional services rendered and recorded
through May 31, 2012, in connection with the
*ESPN* matter.                                    $28,365.00

| Attorneys | Hours | Rate |
|---|---|---|
| OSTRAGER, BARRY R. | 7.25 | 1,170.00 |
| SZEWCZYK, GREG | 15.25 | 615.00 |
| WEISS, RACHEL S. | 11.50 | 615.00 |
| **Paralegal** | | |
| WASHIENKO, LORETTA | 11.25 | 305.00 |

PLEASE SEND REMITTANCE TO:      SIMPSON THACHER & BARTLETT LLP
                                P. O. BOX 29008
                                NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO:          JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
                                FOR THE ACCOUNT OF
                                SIMPSON THACHER & BARTLETT LLP
                                REDACTED

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER:   REDACTED

CLIENT:     023250          DISH NETWORK COROPORATION
MATTER:     0003            ESPN

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| OSTRAGER, BARRY R. | 05/01/12 | Preparation of demonstratives for 5/8/12 meeting. | 0.75 |
| SZEWCZYK, GREG | 05/01/12 | Attention to opening statement presentation; Meeting w/ B. Ostrager re: same; Communications w/ R. Weiss re: same. | 4.50 |
| SZEWCZYK, GREG | 05/02/12 | Attention to opening statement presentation; Communications w/ R. Weiss re: same. | 1.75 |
| SZEWCZYK, GREG | 05/03/12 | Attention to opening statement presentation; Communications w/ R. Weiss re: same. | 0.50 |
| WEISS, RACHEL S. | 05/03/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.25 |
| OSTRAGER, BARRY R. | 05/04/12 | Review and finalize demonstratives for 5/8/12 meeting. | 0.50 |
| SZEWCZYK, GREG | 05/04/12 | Meeting w/ B. Ostrager re: opening presentation; Edits to opening presentation. | 0.75 |
| OSTRAGER, BARRY R. | 05/08/12 | Prepare for and attend meeting w/L.Katzin, D.Nicyper, L.Gipson. | 5.00 |
| SZEWCZYK, GREG | 05/08/12 | Meeting with client and co-counsel w/ B. Ostrager, M. Vyskocil and R. Weiss re: opening statement. | 5.50 |
| WEISS, RACHEL S. | 05/08/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.50 |
| WASHIENKO, LORETTA | 05/10/12 | Prepare summary judgment materials/tutorial materials for M. Vyskocil, B. Ostrager. | 4.50 |
| WEISS, RACHEL S. | 05/10/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |
| SZEWCZYK, GREG | 05/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.75 |
| WASHIENKO, LORETTA | 05/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| WEISS, RACHEL S. | 05/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |
| WASHIENKO, LORETTA | 05/14/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.75 |
| WEISS, RACHEL S. | 05/14/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.75 |
| KOVOOR, THOMAS G. | 05/16/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.00 |
| KOVOOR, THOMAS G. | 05/17/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.00 |
| WASHIENKO, LORETTA | 05/17/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| WEISS, RACHEL S. | 05/17/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.50 |
| KOVOOR, THOMAS G. | 05/18/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.00 |
| WASHIENKO, LORETTA | 05/18/12 | Posted additional court materials (pleadings/hearings) to Sharepoint database; emails to T. Kovoor regarding electronic format. | 3.00 |
| SZEWCZYK, GREG | 05/21/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.50 |
| KOVOOR, THOMAS G. | 05/22/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.00 |
| WASHIENKO, LORETTA | 05/23/12 | Prepare deposition materials for attorney review. | 2.00 |
| OSTRAGER, BARRY R. | 05/29/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| OSTRAGER, BARRY R. | 05/30/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| **MATTER TOTAL** | | | **45.25** |

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

—

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-2655

EMAIL ADDRESS
bostrager@stblaw.com

July 16, 2012

Lawrence R. Katzin, Esq.
Vice President & Associate General Counsel
DISH Network L.L.C.
9601 S. Meridian Boulevard
Englewood, Colorado 80112

Dear Larry,

      Enclosed please find our statement for services rendered through June 30, 2012 in

connection with the ESPN matter.

      Please do not hesitate to call me if you have any questions.

Sincerely,

Barry R. Ostrager

Enclosure

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.

INVOICE NO. 329856

July 16, 2012

DISH NETWORK COROPORATION
(ESPN)

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

For all professional services rendered through June 30,
2012, in connection with the *ESPN* matter.                    $    64,348.75

| **Attorneys** | **Hours** | **Rate** |
|---|---|---|
| OSTRAGER, BARRY R. | 12.50 | 1,170.00 |
| VYSKOCIL, MARY KAY | 0.75 | 1,110.00 |
| SZEWCZYK, GREG | 78.25 | 615.00 |
| WEISS, RACHEL S. | 1.00 | 615.00 |
| **Paralegal** | | |
| WASHIENKO, LORETTA | 0.50 | 305.00 |

PLEASE SEND REMITTANCE TO:     SIMPSON THACHER & BARTLETT LLP
                               P. O. BOX 29008
                               NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO:         JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
                               FOR THE ACCOUNT OF
                               SIMPSON THACHER & BARTLETT LLP
                               REDACTED

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER: REDACTED

CLIENT:    023250        DISH NETWORK COROPORATION
MATTER:    0003          ESPN

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| SZEWCZYK, GREG | 06/01/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.00 |
| SZEWCZYK, GREG | 06/05/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.25 |
| WASHIENKO, LORETTA | 06/05/12 | Issue with R. Stengel DVD; emails w/T. Kovoor, email to W. Phair requesting new DVD. | 0.50 |
| SZEWCZYK, GREG | 06/11/12 | Attention to deposition transcripts and documents received from client; Meeting w/ summer associates re: case background. | 4.50 |
| VYSKOCIL, MARY KAY | 06/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |
| SZEWCZYK, GREG | 06/12/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.00 |
| SZEWCZYK, GREG | 06/14/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.50 |
| SZEWCZYK, GREG | 06/15/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.25 |
| SZEWCZYK, GREG | 06/16/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.25 |
| SZEWCZYK, GREG | 06/17/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.00 |
| SZEWCZYK, GREG | 06/18/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 6.75 |
| SZEWCZYK, GREG | 06/19/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 7.50 |
| SZEWCZYK, GREG | 06/20/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 8.25 |
| SZEWCZYK, GREG | 06/21/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.75 |
| WEISS, RACHEL  S. | 06/22/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| SZEWCZYK, GREG | 06/23/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| OSTRAGER, BARRY R. | 06/25/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.00 |
| SZEWCZYK, GREG | 06/25/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 6.50 |
| WEISS, RACHEL  S. | 06/25/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| OSTRAGER, BARRY R. | 06/26/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.50 |
| SZEWCZYK, GREG | 06/26/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.00 |
| VYSKOCIL, MARY KAY | 06/26/12 | D. Nicypher e-mail w/ comments on Opening Statement slides. | 0.50 |
| SZEWCZYK, GREG | 06/27/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.50 |
| OSTRAGER, BARRY R. | 06/28/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.00 |
| SZEWCZYK, GREG | 06/28/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 6.75 |
| OSTRAGER, BARRY R. | 06/29/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.00 |
| SZEWCZYK, GREG | 06/29/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.00 |
| **MATTER TOTAL** | | | **93.00** |

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-2655

EMAIL ADDRESS
bostrager@stblaw.com

August 29, 2012

Lawrence R. Katzin, Esq.
Vice President & Associate General Counsel
DISH Network L.L.C.
9601 S. Meridian Boulevard
Englewood, Colorado 80112

Dear Larry,

Enclosed please find our statement for services rendered through July 31, 2012 in

connection with the *ESPN* matter.

Please do not hesitate to call me if you have any questions.

Sincerely,

Barry R. Ostrager

Enclosure

INVOICE No. 331849

August 29, 2012

DISH NETWORK COROPORATION
*(ESPN)*

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

For all professional services rendered through July 31,
  2012, in connection with the *ESPN* matter.                     $    96,367.50

  Disbursements and other charges                                 $       218.40

  AMOUNT DUE                                                       $    96,585.90

| Attorneys | Hours | Rate |
|---|---|---|
| OSTRAGER, BARRY R. | 27.25 | 1,170.00 |
| VYSKOCIL, MARY KAY | 28.25 | 1,110.00 |
| SZEWCZYK, GREG | 27.25 | 615.00 |
| WEISS, RACHEL S. | 20.25 | 615.00 |

| Paralegal | Hours | Rate |
|---|---|---|
| HENDERSON, DOUGLAS | 14.50 | 270.00 |

| Disbursement Category | Amount |
|---|---|
| Duplicating | 218.40 |
| **TOTAL** | **$ 218.40** |

PLEASE SEND REMITTANCE TO:        SIMPSON THACHER & BARTLETT LLP
                                  P. O. BOX 29008
                                  NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO:            JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
                                  FOR THE ACCOUNT OF
                                  SIMPSON THACHER & BARTLETT LLP
                                  REDACTED

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER:   REDACTED

CLIENT:   023250        DISH NETWORK COROPORATION
MATTER:  0003          ESPN

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| VYSKOCIL, MARY KAY | 05/01/12 | E-mails w/ L. Katzin re: trial prep. meeting. | 0.25 |
| VYSKOCIL, MARY KAY | 05/02/12 | Confer w/ B. Ostrager re: demonstratives and trial issues. | 0.25 |
| VYSKOCIL, MARY KAY | 05/03/12 | Powerpoint opening slides for tutorial meeting. | 0.75 |
| VYSKOCIL, MARY KAY | 05/04/12 | Drafts of trial demonstratives. | 1.00 |
| VYSKOCIL, MARY KAY | 05/08/12 | Trial prep./tutorial meeting; review SJ briefing in connection with "tutorial". | 6.00 |
| VYSKOCIL, MARY KAY | 05/18/12 | E-mails re: focus group session; analysis SJ/tutorial materials. | 1.00 |
| VYSKOCIL, MARY KAY | 05/29/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |
| VYSKOCIL, MARY KAY | 05/30/12 | E-mail re: jury focus group presentation. | 0.25 |
| VYSKOCIL, MARY KAY | 06/27/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |
| VYSKOCIL, MARY KAY | 06/28/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.00 |
| OSTRAGER, BARRY R. | 07/01/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| VYSKOCIL, MARY KAY | 07/01/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| OSTRAGER, BARRY R. | 07/02/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.50 |
| SZEWCZYK, GREG | 07/02/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.50 |
| VYSKOCIL, MARY KAY | 07/02/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| OSTRAGER, BARRY R. | 07/03/12 | Correspondence re 7/11/12 hearing and DISH and ESPN "slide decks." | 1.50 |
| VYSKOCIL, MARY KAY | 07/03/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| WEISS, RACHEL  S. | 07/03/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.50 |
| WEISS, RACHEL  S. | 07/05/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.00 |
| SZEWCZYK, GREG | 07/06/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.25 |
| OSTRAGER, BARRY R. | 07/08/12 | Review and correspondence w/ D.Nicyper re jury research issues. | 1.00 |
| VYSKOCIL, MARY KAY | 07/08/12 | E-mails re: deposition video clips w/ transcripts; FZWZ drafts of timeline, verdict form and juror questionnaire and jury instructions. | 1.00 |
| HENDERSON, DOUGLAS | 07/09/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.50 |
| OSTRAGER, BARRY R. | 07/09/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.00 |
| SZEWCZYK, GREG | 07/09/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.75 |
| VYSKOCIL, MARY KAY | 07/09/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.25 |
| HENDERSON, DOUGLAS | 07/10/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 7.00 |
| OSTRAGER, BARRY R. | 07/10/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 6.50 |
| SZEWCZYK, GREG | 07/10/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 10.50 |
| VYSKOCIL, MARY KAY | 07/10/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 3.50 |
| WEISS, RACHEL  S. | 07/10/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 8.50 |
| HENDERSON, DOUGLAS | 07/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.00 |
| OSTRAGER, BARRY R. | 07/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 10.00 |
| SZEWCZYK, GREG | 07/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 8.25 |

CLIENT:   023250        DISH NETWORK COROPORATION
MATTER:   0003          ESPN

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| VYSKOCIL, MARY KAY | 07/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 8.50 |
| WEISS, RACHEL  S. | 07/11/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 8.25 |
| OSTRAGER, BARRY R. | 07/12/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |
| VYSKOCIL, MARY KAY | 07/12/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.50 |
| VYSKOCIL, MARY KAY | 07/17/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.00 |
| OSTRAGER, BARRY R. | 07/26/12 | Teleconf. w/L.Katzin re trial; review SJ motion. | 1.00 |

**MATTER TOTAL**                                                      **117.50**

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-2655

EMAIL ADDRESS
bostrager@stblaw.com

September 12, 2012

Lawrence R. Katzin, Esq.
Vice President & Associate General Counsel
DISH Network L.L.C.
9601 S. Meridian Boulevard
Englewood, Colorado 80112

Dear Larry:

Enclosed please find our statement for services rendered through August 31, 2012 in connection with the *ESPN* matter.

Please do not hesitate to call me if you have any questions.

Sincerely,

Barry R. Ostrager

Enclosure

INVOICE No. 333897

September 12, 2012

DISH NETWORK COROPORATION
*(ESPN)*

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

For all professional services rendered and recorded
through August 31, 2012, in connection with the
*ESPN* matters.                                          $2,731.25

| **Attorneys** | **Hours** | **Rate** |
|---|---|---|
| OSTRAGER, BARRY R. | 0.50 | 1,170.00 |
| SZEWCZYK, GREG | 2.25 | 615.00 |
| | | |
| **Paralegals** | | |
| WASHIENKO, LORETTA | 2.50 | 305.00 |

PLEASE SEND REMITTANCE TO:      SIMPSON THACHER & BARTLETT LLP
                                P. O. BOX 29008
                                NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO:          JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
                                FOR THE ACCOUNT OF
                                SIMPSON THACHER & BARTLETT LLP
                                REDACTED

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER:      REDACTED

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| WASHIENKO, LORETTA | 08/09/12 | Prepare edits to Sharepoint database, forward to T. Kovoor; download deposition exhibits/PTX version of depositions for posting, update deposition chart. | 1.25 |
| WASHIENKO, LORETTA | 08/14/12 | Post depositions to Sharepoint, meeting with T. Kovoor regarding ptx file errors from Flemming Zulack DVDs. | 1.25 |
| SZEWCZYK, GREG | 08/28/12 | Emails w/ B. Ostrager and R. Weiss re: memo to client. Draft email memo to client. | 2.25 |
| OSTRAGER, BARRY R. | 08/29/12 | Memo to L.Katzin re ESPN violation of Section 3(f) of MFN | 0.50 |
| | | **MATTER TOTAL** | **5.25** |

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-2655

EMAIL ADDRESS
bostrager@stblaw.com

October 12, 2012

Lawrence R. Katzin, Esq.
Vice President & Associate General Counsel
DISH Network L.L.C.
9601 S. Meridian Boulevard
Englewood, Colorado 80112

Dear Larry:

Enclosed please find our statement for services rendered through September 30,

2012 in connection with the *ESPN* matter.

Please do not hesitate to call me if you have any questions.

Sincerely,

Barry R. Ostrager

Enclosure

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.

INVOICE NO. 336703

October 15, 2012

DISH NETWORK COROPORATION
(ESPN)

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

For all professional services rendered and recorded
through September 30, 2012, in connection with
the *ESPN* matter.                                               $    56,077.50

Disbursements and other charges                                  $       287.28

AMOUNT DUE                                                       $    56,364.78

| **Attorneys** | **Hours** | **Rate** |
|---|---|---|
| OSTRAGER, BARRY R. | 21.75 | 1,170.00 |
| VYSKOCIL, MARY KAY | 1.75 | 1,110.00 |
| SZEWCZYK, GREG | 23.25 | 675.00 |
| WEISS, RACHEL S. | 19.25 | 675.00 |

| **Disbursement Category** | **Amount** |
|---|---|
| COPYING / PRINTING | 277.08 |
| DELIVERY SERVICE/MESSENGERS | 10.20 |
| **TOTAL** | **$ 287.28** |

PLEASE SEND REMITTANCE TO:        SIMPSON THACHER & BARTLETT LLP
                                  P. O. BOX 29008
                                  NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO:            JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
                                  FOR THE ACCOUNT OF
                                  SIMPSON THACHER & BARTLETT LLP
                                  REDACTED

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER:   REDACTED
099999-9999-12855-Active.13365429.1

CLIENT:   023250        DISH NETWORK COROPORATION
MATTER:   0003          ESPN

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| OSTRAGER, BARRY R. | 09/04/12 | Draft correspondence to Court re pending motion for summary judgment; correspondence with L.Katzin and Flemming Zulack. | 1.00 |
| SZEWCZYK, GREG | 09/04/12 | Drafts and revisions of correspondence to Court re: pending motion for summary judgment and request for hearing; Emails w/ B. Ostrager re: same. | 3.50 |
| OSTRAGER, BARRY R. | 09/05/12 | Review and revise letter to Court re pending summary judgment motion; correspondence w/ Flemming Zulack re letter; t/c w/L.Katzin re letter. | 1.50 |
| SZEWCZYK, GREG | 09/05/12 | Finalize and coordinate delivery of letter to Court; T/c w/ paralegal, managing clerk's office and B. Ostrager re: same. | 0.25 |
| OSTRAGER, BARRY R. | 09/07/12 | Review correspondence from counsel for ESPN; correspondence w/ L.Katzin and D.Nicyper re pending summary judgment motion; review briefs filed in connection with motion for summary judgment, | 3.00 |
| SZEWCZYK, GREG | 09/07/12 | Review letter from counsel for ESPN; Review docket order re: summary judgment hearing. | 0.25 |
| OSTRAGER, BARRY R. | 09/10/12 | Correspondence re scheduling of summary judgment motion oral argument. | 0.25 |
| WEISS, RACHEL  S. | 09/10/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |
| OSTRAGER, BARRY R. | 09/11/12 | Review material in connection with pending summary judgment request. | 1.00 |
| OSTRAGER, BARRY R. | 09/12/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 2.00 |
| SZEWCZYK, GREG | 09/12/12 | Review case materials and begin planning/drafting summary judgment talking points and binder. | 4.00 |
| VYSKOCIL, MARY KAY | 09/12/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.75 |
| WEISS, RACHEL  S. | 09/12/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.25 |
| OSTRAGER, BARRY R. | 09/13/12 | Correspondence w/ Flemming Zulack and L.Katzin re status and strategy re pending summary judgment motion and trial. | 1.00 |
| SZEWCZYK, GREG | 09/13/12 | Review case materials and drafted summary judgment talking points.  Calls and emails w/ R. Weiss re: same. | 7.00 |
| VYSKOCIL, MARY KAY | 09/13/12 | Confer w. B. Ostrager re: summary judgment argument; B. Ostrager e-mails to L. Katzin re: summary judgment argument and trial prep. | 0.25 |
| WEISS, RACHEL  S. | 09/13/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 4.50 |
| SZEWCZYK, GREG | 09/14/12 | Draft and revise talking points and summary judgment binder. Emails and calls w/ R. Weiss re: same. | 1.75 |
| WEISS, RACHEL  S. | 09/14/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.00 |
| SZEWCZYK, GREG | 09/17/12 | Revise talking points; Emails w/ L. Washenko re: binder. | 0.25 |
| SZEWCZYK, GREG | 09/18/12 | Emails w/ R. Weiss and L. Washienko re: summary judgment materials. | 0.50 |
| WEISS, RACHEL  S. | 09/19/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.50 |

CLIENT:   023250          DISH NETWORK COROPORATION
MATTER:   0003            ESPN

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| OSTRAGER, BARRY R. | 09/21/12 | Prepare for 10/5/12 motion. | 2.00 |
| SZEWCZYK, GREG | 09/21/12 | Emails w/ R. Weiss and L. Washeinko re: summary judgment binder. | 0.50 |
| WEISS, RACHEL S. | 09/21/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |
| SZEWCZYK, GREG | 09/24/12 | Emails w/ team re: summary judgment materials; Reviewed binders re: same. | 0.75 |
| OSTRAGER, BARRY R. | 09/25/12 | Prepare for 10/5/12 hearing. | 1.50 |
| OSTRAGER, BARRY R. | 09/26/12 | Prepare for 10/5/12 hearing. | 1.50 |
| OSTRAGER, BARRY R. | 09/27/12 | Prepare for 10/5/12 hearing. | 2.50 |
| SZEWCZYK, GREG | 09/27/12 | Prepare and draft handout for summary judgment hearing. | 0.50 |
| OSTRAGER, BARRY R. | 09/28/12 | Prepare for and attend meeting w/D.Nicyper and L.Gibson re preparation for 10/5/12 hearing. | 4.50 |
| SZEWCZYK, GREG | 09/28/12 | Drafted summary judgment hearing handout; Prepare for meeting with Flemming Zulack; Emails and calls w/ B. Ostrager re: same; Meeting w/ Flemming Zulack re: SJ hearing. | 4.00 |
| VYSKOCIL, MARY KAY | 09/28/12 | E-mails re: summary judgment issues; proposed communication with Court. | 0.25 |
| WEISS, RACHEL S. | 09/28/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 5.25 |
| WEISS, RACHEL S. | 09/29/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 1.00 |
| VYSKOCIL, MARY KAY | 09/30/12 | E-mails re: draft letter to Court; coordinate with B. Ostrager re: same. | 0.50 |
| WEISS, RACHEL S. | 09/30/12 | REDACTED – TIME NOT SOUGHT IN THIS MOTION. | 0.25 |

**MATTER TOTAL**                                           **66.00**

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000
———

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-2655

EMAIL ADDRESS
bostrager@stblaw.com

November 15, 2012

Lawrence R. Katzin, Esq.
Vice President & Associate General Counsel
DISH Network L.L.C.
9601 S. Meridian Boulevard
Englewood, Colorado 80112

Dear Larry:

Enclosed please find our statement for services rendered and for disbursements

and other charges through October 31, 2012 in connection with *ESPN* matter.

Please do not hesitate to call me if you have any questions.

Sincerely,

Barry R. Ostrager

Enclosure

INVOICE NO. 339554

November 15, 2012

DISH NETWORK CORPORATION
(ESPN)

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK  10017-3954

For all professional services rendered and recorded
    through October 31, 2012, in connection with
    ESPN matter.                                    $   109,053.75

Disbursements and other charges               $      602.89

AMOUNT DUE                       $   109,656.64

| Disbursement Category | Amount |
|---|---|
| DUPLICATING | 390.73 |
| DEPOSITION TRANSCRIPTS | 212.16 |
| **TOTAL** | **$ 602.89** |

PLEASE SEND REMITTANCE TO:    SIMPSON THACHER & BARTLETT LLP
                                       P. O. BOX 29008
                                       NEW YORK, NEW YORK 10087-9008

OR WIRE REMITTANCE TO:        JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY
                                       FOR THE ACCOUNT OF
                                       SIMPSON THACHER & BARTLETT LLP
                                       REDACTED

PLEASE MAKE REFERENCE TO THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE
TAX IDENTIFICATION NUMBER:    REDACTED

CLIENT:  023250       DISH NETWORK CORPORATION
MATTER:  0003        ESPN

| Attorneys | Hours | Rate |
|---|---|---|
| OSTRAGER, BARRY R. | 36.75 | 1,170.00 |
| VYSKOCIL, MARY KAY | 2.00 | 1,110.00 |
| SZEWCZYK, GREG | 30.00 | 675.00 |
| WEISS, RACHEL S. | 22.75 | 675.00 |
| ZELIG, JONATHAN S. | 41.00 | 510.00 |

| Paralegal | | |
|---|---|---|
| WASHIENKO, LORETTA | 24.00 | 305.00 |