```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/31/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

DISH NETWORK L.L.C. F/K/A ECHOSTAR
STATELLITE L.L.C.,

               Plaintiff,

- against -

ESPN AND ESPN CLASSIC, INC.,

               Defendants.

------------------------------------------------------------- X

09 Civ. 6875 (JGK) (FM)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose:

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is: _____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

**_X_** Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Cross-Motions for Attorney's Fees _____

_____

All such motions: _____

**SO ORDERED.**

DATED:   New York, New York
             May 30, 2013

                                           /s/ John G. Koeltl
                                                John G. Koeltl
                                           **United States District Judge**

---

* Do not check if already referred for general pretrial.