SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/13

DIRECT DIAL NUMBER
(212) 455-3093

E-MAIL ADDRESS
MVYSKOCIL@STBLAW.COM

BY FACSIMILE

November 7, 2013

Re: *DISH Network L.L.C. f/k/a/ Echostar Satellite L.L.C. v. ESPN, Inc., and ESPN Classic, Inc.*, No. 09 CIV 6875 (JGK) (FM)

Hon. Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*Adjourned to 1/10/14 at 10 a.m.*
*Maas, USMJ, 11/12/13*

Dear Magistrate Judge Maas:

I represent Plaintiff DISH Network L.L.C. in the captioned matter and write to confirm that I, along with David Yohai, counsel for Defendants ESPN, Inc. and ESPN Classic, Inc., telephoned Chambers this morning to jointly request that the telephone conference concerning the parties' respective motions for attorneys' fees scheduled by Your Honor for November 19, 2013 at 2 PM be adjourned while the parties continue their discussions. As requested by your Chambers, this will confirm that the parties jointly request that the conference call be rescheduled for January 10, 2014. The parties are also available for the conference call on January 14 and January 17.

Respectfully,

Mary Kay Vyskocil

cc (by email): David Yohai, Esq.

Dean Nicyper, Esq.

BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES  PALO ALTO  SÃO PAULO  SEOUL  TOKYO  WASHINGTON, D.C.