767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

David L. Yohai
Direct Line: 212-310-8275
david.yohai@weil.com

**Weil, Gotshal & Manges LLP**



# MEMO ENDORSED

January 3, 2014

VIA FAX

Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Dish Network L.L.C. v. ESPN, Inc., et al.**, Case No. 09-CIV-6875 (JGK) (FM)

*The 1/10/14 conference is adjourned to 4/1/14 at 10 a.m.*
*Maas, USMJ, 1/3/14*

Dear Judge Maas:

Defendants ESPN, Inc. and ESPN Classic, Inc. and Plaintiff Dish Network L.L.C. (collectively, the "Parties") jointly write the Court to request that the January 10, 2014 conference concerning the Parties' motions for attorneys' fees be taken off calendar. The Parties continue to discuss a potential settlement that could moot the fees motions, and believe that the most efficient course is to adjourn the hearing to allow those discussions to continue. Accordingly, the Parties request that Your Honor continue the January 10, 2014 conference without date at this time. The parties agree that a unilateral request from either party shall be sufficient to re-calendar the conference at a mutually agreeable time subject to the Court's availability. The parties hope to have resolved the remaining issues in this matter within the next 60 days.

Respectfully Submitted,

David L. Yohai
Weil, Gotshal & Manges LLP
*Attorneys for Defendants*

Mary Kay Vyskocil
Simpson Thacher & Bartlett LLP
*Attorneys for Plaintiff*

cc: Counsel of Record

US_ACTIVE:\44399531\2\44076.0021

TOTAL P.02