# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:09-cv-06875-JGK-FM

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand and fourteen,

Dish Network L.L.C., FKA Echostar Satellite L.L.C.,

    Plaintiff - Appellant,

v.

ESPN, Inc., ESPN Classic, Inc.,

    Defendants - Appellees.

ORDER
Docket No. 13-1199

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 27, 2014

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/27/2014