```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/4/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

DISH NETWORK L.L.C. F/K/A ECHOSTAR
SATELLITE L.L.C.,

        Plaintiffs,

v.

ESPN, INC. and ESPN CLASSIC, INC.,

        Defendants.

---------------------------------------------------------x

09-CIV-6875 (JGK) (FM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff DISH Network L.L.C. f/k/a EchoStar Satellite L.L.C. ("DISH") filed an action titled *DISH Network L.L.C. f/k/a EchoStar Satellite L.L.C. v. ESPN, Inc. and ESPN Classic, Inc.*, No. 09-CIV-6875(JGK)(FM) (S.D.N.Y.), on August 4, 2009 (the "Action"), against defendants ESPN, Inc. and ESPN Classic, Inc. (collectively, "Defendants" or "ESPN", and collectively with Plaintiff, the "Parties"); and

WHEREAS, on February 28, 2013, a jury issued a verdict in the Action following trial; and

WHEREAS, Judgment was entered on March 1, 2013; and

WHEREAS, Defendants moved to recover their attorneys' fees on April 2, 2013; and

WHEREAS, Plaintiff cross-moved to recover their attorneys' fees on May 1, 2013; and

WHEREAS, on April 1, 2013, Plaintiff filed a Notice of Appeal at the United States Court of Appeals for the Second Circuit (the "Second Circuit"), which, pursuant to a stipulation between the parties, was withdrawn with leave to re-file pursuant to Local Rule 42.1, which stipulation was So-Ordered by the Clerk of the Second Circuit on June 17, 2013.

US_ACTIVE:\44437458\1\44078.0021

with extensions to the deadline to re-file So-Ordered by the Clerk of the Second Circuit on October 10, 2013, December 12, 2013, and January 27, 2014; and

WHEREAS, the Parties now desire to finally resolve all remaining disputes in the Action;

The parties, therefore, agree to the following pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure:

1. ESPN hereby withdraws its motion for attorneys' fees dated April 2, 2013, currently pending before the District Court.

2. Plaintiff hereby withdraws its cross-motion for attorneys' fees dated May 1, 2013, currently pending before the District Court;

3. The Action is dismissed with prejudice.

4. All parties will bear their own attorneys' fees, costs, and expenses.

Dated: March 4, 2014

SIMPSON THACHER & BARTLETT LLP

Barry R. Ostrager
Mary Kay Vyskocil
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000

Dean R. Nicyper
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
*Attorneys for Plaintiff*

WEIL, GOTSHAL & MANGES LLP

David L. Yohai
Theodore E. Tsekerides
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: 3/4/14

U.S.D.J.